AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FALLON, ELDON E. | U.S. District Court, Louisiana | 05/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U. S. DISTRICT COURT
500 POYDRAS STREET - ROOM C456
NEW ORLEANS, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Ex-Officio Board Member/Past President | Louisiana Bar Foundation |
| 2. | Trustee | Testamentary Trust |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 05/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Thompson-West (book royalty) | $3,166.60 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University Law School | 4/09/15-4/10/15 | Dallas, TX | Teaching educational seminar (speaker) | Hosuing, food and travel |
| 2. | Duke University Law School | 10/07/15-10/08/15 | Durham, NC | Teaching educational seminar (speaker) | Housing, food and travel |
| 3. | Mass Torts Made Perfect | 10/14/15-10/15/15 | Las Vegas, NV | Teaching educational seminar (speaker) | Housing, food and travel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FALLON, ELDON E.** | 05/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PARCEL #2, New Orleans, Louisiana | E | Rent | L | W | | | | | |
| 2. PARCEL #5, New Orleans, Louisiana | F | Rent | O | W | | | | | |
| 3. *PARCEL#6, MS (Pearl River County) | C | | P1 | W | | | | | |
| 4. DUKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 5. FIDELITY FUND COMMON STOCK | A | Dividend | K | T | | | | | |
| 6. EMPIRE DISTRICT ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 7. ANADARKO COMMON STOCK | A | Dividend | K | T | | | | | |
| 8. VIAD COMMON STOCK | A | Dividend | J | T | | | | | |
| 9. FINOVA COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. REGIONS BANK [formerly AM SOUTH (IRA) | D | Dividend | N | T | | | | | |
| 11. SCHWAB MONEY MARKET ACCOUNT (#3202-3016) | D | Interest | N | T | Sold (part) | 10/14/15 | J | | |
| 12. SAVING/FIDELITY HOMESTEAD ASSN' | A | Interest | | | Sold | 10/30/15 | J | | |
| 13. *TESTAMENTARY TRUST | | None | L | T | | | | | |
| 14. LEGG MASON VALUE MUTUAL FUND | A | Dividend | K | T | | | | | |
| 15. *GNMA'S POOL (BONDS) | B | Interest | K | T | | | | | |
| 16. FNMA MTG POOL | A | Interest | J | T | | | | | |
| 17. MONEYGRAM INTERNATIONAL, INC. [Spin off of VIAD] | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SCHWABB MONEY MARKET FUND (#3202-3018) | C | Interest | M | T | | | | | |
| 19. SECTOR SPDR TR SBI INT-ENERGY | A | Dividend | K | T | | | | | |
| 20. OIL SVC HOLDERS TR DEPOSTRY RCPT | A | Dividend | K | T | | | | | |
| 21. BLACKROCK INCOME TR COM | A | Dividend | K | T | | | | | |
| 22. FHLMC POOL | A | Dividend | J | T | | | | | |
| 23. STEETTRACKS GOLD TR GOLD SHS | A | Dividend | | | Sold | 06/25/15 | K | | |
| 24. VANGUARD WORLD FDS MATERIALS ETF | A | Dividend | L | T | | | | | |
| 25. PIMCO CORPORATE OPP FD COM | A | Dividend | L | T | | | | | |
| 26. PIMCO TOTAL RTN 2 | A | Dividend | K | T | | | | | |
| 27. FIDELITY SELECT COMPUTERS | A | Dividend | K | T | | | | | |
| 28. FEDERATED FUND | A | Dividend | L | T | | | | | |
| 29. GAMBELLI GROWTH FUND | A | Dividend | L | T | | | | | |
| 30. T. ROWE PRICE INTERNAT'L | A | Dividend | K | T | | | | | |
| 31. VANGUARD GNMA | B | Dividend | L | T | | | | | |
| 32. VANGUARD TOTAL STOCK INDEX | B | Dividend | M | T | | | | | |
| 33. FIDELITY HOMSTEAD (CDs) | C | Interest | | | Sold | 09/28/15 | L | | |
| 34. HomeBank (formerly GUARANTY HOMESTEAD) (CDs) | B | Interest | | | Sold | 09/30/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 05/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CAPITOL ONE (formerly DRYADES SAVINGS) (CDs) | A | Interest | | | Sold | 10/15/15 | J | | |
| 36. WISDOMTREE TRUST INTL DIV E FINL | A | Interest | K | T | | | | | |
| 37. BLACKROCK LTD DURATION COM SHS | A | Interest | K | T | | | | | |
| 38. VANGUARD BD INDEX FD SHORT TRM BOND | A | Interest | L | T | | | | | |
| 39. ISHARES TR GS CORP BD FD | A | Interest | | | Sold | 06/25/15 | L | | |
| 40. SPDR SERIES TRUST BRCLYS SHRT ETF | A | Interest | | | Sold | 10/14/15 | K | | |
| 41. *ALPS ETF TR ALERIAN MLP | A | Interest | K | T | Buy (add'l) | 06/25/15 | K | | |
| 42. SELECT SECTOR SPDR TR SBI INT-UTILS | A | Interest | L | T | | | | | |
| 43. JOHN HANCOCK BK&THRIFT SH BEN INT | A | Interest | L | T | | | | | |
| 44. SELECT SECTOR SPDR TR SBI HEALTHCARE | A | Interest | L | T | | | | | |
| 45. SELECT SECTOR SPDR TR SBI CONS STPLS | A | Interest | L | T | | | | | |
| 46. SELECT SECTOR SPDR TR TECHNOLOGY | A | Interest | K | T | | | | | |
| 47. ISHARES TR BARCLYS 1-3YR CR | A | Interest | K | T | Buy (add'l) | 06/25/15 | K | | |
| 48. MARKET VECTORS ETF TR PFD SEC EXFINL | A | Interest | K | T | | | | | |
| 49. SELECT SECTOR SPDR TR SBI CONS DISCR | A | Interest | K | T | Buy (add'l) | 06/25/15 | K | | |
| 50. SELECT SECTOR SPDR TR SBI INT-FINL | A | Interest | K | T | | | | | |
| 51. SELECT SECTOR SPDR TR SBI MATERIALS | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPECTRA ENERGY CORP | A | Dividend | J | T | | | | | |
| 53. FACTORSHARES TR ISE CYBER SEC | A | Interest | J | T | Buy | 06/25/15 | J | | |
| 54. ISHARES TR DJ SEL DIV INX | A | Interest | K | T | Buy | 04/15/15 | K | | |
| 55. MARKET VECTORS ETF TR BIOTECH ETF | A | Interest | J | T | Buy | 06/25/15 | J | | |
| 56. VANGUARD WORLD FDS INF TECH ETF | A | Interest | K | T | Buy | 06/25/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 05/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS.
*******************************************

#3. Farm and pasture land. Raise cattle and sell cows.

*******************************************

#13. Assets of Testmentary Trust.

(1) Trustee, with no direct personal interest, for Account of Testamentary Trust on deposit with Bank One, New Orleans, Louisiana. The interest income is paid pursuant to the terms of the Trust in monthly installments to decedent's widow, who is income beneficiary for life or remarriage. Turstee's two major daughters are the principal beneficiaries of the Trust.

(2) Lot Lakeside Estates, Geneva County, Alabama, appraised value $600

*******************************************

#15. GNMA'S POOL BONDS is principle reduction on a government mortgage pool.

#18. SCHWABB MONEY MARKET FUND is funds in an IRA cash reserve with money in and out, similiar to a bank account. This fund is treated like a CD, and some of the funds are used to purchase other stocks, i.e., the value at beginning of the year was greater than the value at the end as the funds were reduced by purchase of more shares in fund.

#41. ALPS ETF TR ALERIAN MLP, misspelled as ALPS EFG TR ALERIAN MLP on last year's report for reporting period 01/01/2014 to 12/31/2014.

*******************************************

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 05/09/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ELDON E. FALLON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544